DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

ATTORNEY FOR DEFENDANT: RONNIE DETHVONGSA

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>              v.<br><br>RONNIE DETHVONGSA,<br><br>                            Defendant. | CASE NO.  2:16-CR-134-DAD-8<br><br>**STIPULATION TO CONTINUE ADMIT OR DENY HEARING AND EXCLUDE TIME; FINDINGS AND ORDER**<br><br>DATE: January 10, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Ronnie Dethvongsa, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for admit or deny on January 10, 2023.

2. By this stipulation, defendant moves to continue the admit or deny hearing until January 31, 2023 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant was appointed on December 23, 2022.

   b) The Probation officer has requested the pertinent records in this case but has not yet received them.  The parties are requesting a continuance to allow all parties to review the records.

   c) Counsel for defense desires additional time to subsequently conduct investigation

1

and research related to the allegation, to consult with her client, and to discuss potential resolution options.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: January 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated: January 9, 2023

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
RONNIE DETHVONGSA

**ORDER**

IT IS SO ORDERED.

Dated: **January 9, 2023**

_____
UNITED STATES DISTRICT JUDGE